IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANK COPPLER.,

    Plaintiff,

vs.                                                                  Civ. No. 99-58 LH/WWD

SHAWN P. BECK, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

       This matter having come before the Court upon Defendants' Motion to Stay Discovery Pending Ruling on Defendant Beck's Motion to dismiss Based on Qualified Immunity. No hearing is necessary. Essentially the same information will be sought in discovery whether or not Defendant Beck is successful in his motion to dismiss. Beck and all the other Defendants are represented by the same counsel. Staying discovery in this instance would only delay the litigation for little or no purpose. The motion is not well taken.

      **WHEREFORE,**

      **IT IS ORDERED** that Defendants' Motion to Stay Discovery Pending Ruling on Defendant Beck's Motion to Dismiss Based on Qualified Immunity be, and it is hereby, **DENIED.**

                                                                       _____

                                                                       UNITED STATES MAGISTRATE JUDGE