IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANK COPPLER,

    Plaintiff,

vs.                                                         Civ. No. 99-58 JP/WWD

SHAWN BECK, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court *sua sponte*. At the initial scheduling conference in this cause I indicated a willingness to conduct an *in camera* inspection of any personnel documents concerning Shawn Beck for the purpose of determining the validity of any objections to producing those documents. After reviewing the documents submitted, I find that the following documents are relevant for discovery purposes and that they should be produced to the Plaintiff, to wit:

    1. Santa Fe County Corrective/Disciplinary Action Report dated September 2, 1998, concerning Shawn Beck and an incident which occurred on August 21, 1998.

    2. Santa Fe County Sheriff's Department memorandum dated August 22, 1998, concerning an incident on August 21, 1998, involving Shawn Beck and Rudy Gonzales.

    3. A letter to Shawn Beck from Arturo A. Rodriguez, personnel director, County of Santa Fe, dated October 7, 1998.

4. A letter to Shawn Beck from David Wolf, county manager, County of Santa Fe, dated October 19, 1998.

Accordingly, the above described documents should be produced to the Plaintiff forthwith.

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE